| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | STACEY P. GEIS (CSBN 181444)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7126 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0548 MMC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED]<br>ORDER DOCUMENTING |
| WASSIM MOHAMMAD AZIZI, | ) | EXCLUSION OF TIME |
| Defendant. | ) | |

With the agreement of the parties in open court on September 27, 2006 and with the consent of the defendant Wassim Azizi ("defendant"), the Court enters this order (1) setting the next court appearance for October 18, 2006 at 2:30 p.m. in front of District Judge Maxine Chesney; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 27, 2006 to October 18, 2006. The parties agree, and the Court finds and holds, as follows:

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0233 WHA]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting a continuance for the next court appearance until October 18, 2006 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 27, 2006 to October 18, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

2. Accordingly, and with the consent of the defendant, the Court (1) orders the next appearance in front of District Judge Chesney on October 18, 2006 at 2:30 p.m.; and (2) orders that the period from September 27, 2006 to October 18, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 10/18/06     /S/ Philip Schnayerson
Philip Schnayerson, Esq.
Attorney for Wassim Azizi

DATED: 10/17/06     /S/ Stacey P. Geis
Stacey P. Geis
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 11-14-06

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0233 WHA]    -2-