1  JULIA M. JAYNE (State Bar No. 202753)
   E-Mail: *jjayne@campbelljayne.com*
2  GAIL CAMPBELL (State Bar No. 196783)
   E-Mail: *gcampbell@campbelljayne.com*
3  CAMPBELL & JAYNE LLP
   350 Sansome Street, Suite 650
4  San Francisco, California 94104
   Telephone: (415) 623-3600
5  Facsimile: (415) 623-3605

6  Attorneys for Defendant
   WASSIM MOHAMMAD AZIZI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-00548 MMC |
| v. | ***EX PARTE* APPLICATION FOR ORDER PERMITTING TRAVEL, WITH APPROVAL OF U.S. PRETRIAL SERVICES AND THE U.S. ATTORNEY'S OFFICE;** |
| WASSIM MOHAMMAD AZIZI | [Proposed] Order |

I, Julia Mezhinsky Jayne, declare:

1. I represent Defendant Wassim Azizi in the above-entitled matter. He is currently released on a $100,000 secured bond, with his travel restricted to the Northern District of California. He would like to travel to Los Angeles, California to attend a meeting/celebration of the independence of Afghanistan, to which he was invited by the General Council of Afghanistan on Friday, August 17, 2007, returning Saturday, May 18, 2007.

2. I have spoken with Pretrial Services Officer Paul Mamaril, who monitors and supervises Mr. Azizi. He informs me that he has no objection to the requested travel provided that Mr. Azizi provides Mr. Mamaril with with information regarding his travel itinerary and his contact information.

3.       I have also spoken with AUSA Stacey Geis, who similarly informs me that she has no objection to the requested travel.

4.       Based on the foregoing, I respectfully request that the conditions of Mr. Azizi's release may be modified so that he may be permitted to remain outside of the Northern District of California for the purposes of traveling to and from Los Angeles, California from August 17-18, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 16, 2007

/S/
Julia Mezhinsky Jayne
Attorney for Defendant
Dwight Gilchrist

## ORDER

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED that the conditions of Defendant Wassim Azizi's release shall be modified so that he may remain outside the Northern District for the purposes of traveling to and from Los Angeles, California from August 17-18, 2007; and

IT IS FURTHER ORDERED that Defendant Azizi shall provide to Pretrial Services information regarding Mr. Azizi's travel itinerary and his contact information and shall otherwise comply with any other conditions imposed by Pretrial Services in connection with this travel.

IT IS SO ORDERED.

Dated: August __17__ 2007

Maxine M. Chesney
United States District Judge