JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STACEY GEIS (CABN 181444)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234
    E-Mail: Stacey.Geis@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-548 MMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL THREE WEEKS |
| WASSIM AZIZI, | |
| Defendant. | |

    With the agreement of the parties, and the consent of the defendant, Wassim Azizi, the parties hereby request the Court to continue the trial in this matter, currently scheduled for April 14, 2008, to three weeks later, May 5, 2008.

    1.    When the Court first set the matter for trial in November, counsel for the government informed your Honor of an upcoming trip to Australia and New Zealand for most of the month of March, with a return date of March 28th. The trip had been planned months earlier in 2007 and coincided with a sabbatical that counsel's husband had earned at his employment.

STIPULATION AND ORDER
TO CONTINUE TRIAL DATE
CR 06-548 MMC

**1**     2.     At the time, the parties could not set the trial in May due to the
**2**  unavailability of defense counsel. Because government counsel specializes in the
**3**  prosecution of environmental crimes, she felt it was incumbent for her to try the case.
**4**  Thus, she agreed to an April date. Due to the Court's calendar at the time, which
**5**  included a trial in early May, the Court set the trial date for April 14, 2008 –only two
**6**  weeks after government counsel's return from New Zealand.

**7**     3.     Defense counsel is now available to try the case in early May and does not
**8**  object to the proposed continuance.

**9**     4.     Government counsel's caseload has increased significantly since early
**10** November, including a matter that involves the detention of material witnesses from a
**11** foreign country. Continuance of the trial date will not only allow government counsel
**12** adequate time for trial preparation in this matter, but will also allow government counsel
**13** to attend to this other matter in the interim.

**14**     5.     Government counsel spoke with the Court's clerk, who stated that the trial
**15** originally scheduled for early May in this Court had been vacated, and that the Court was
**16** now available May 5 for trial in this matter, should the Court grant the continuance.

**17**     6.     This request is the first request for a continuance by the parties.

**18**     7.     The parties agree to an exclusion of time from April 14, 2008 to May 5,
**19** 2008 to allow for effective preparation and continuity of counsel, pursuant to Title 18
**20** U.S.C. § 3161(h)(8)(B)(iv).

**21**     Accordingly, and with the consent of the defendant, the Court orders that 1) the
**22** April 14, 2008 trial date is vacated, and trial is now set for Monday, May 5, 2008; 2) the
**23** period from April 14, 2008 to May 5, 2008 is to be excluded from Speedy Trial Act
**24** calculations under 18 U.S.C. § 3161(h)(8)(B)(iv); and 3) the pretrial schedule shall be as
**25** follows:

**26**     a.     Pretrial conference shall be scheduled for Tuesday, April 22, 2008.
**27**     b.     The parties shall submit pretrial pleadings, including trial memoranda, jury
**28**

1 | instructions, verdict forms, voir dire questions, exhibit lists, and witness
2 | lists by Tuesday, April 15, 2008.
3 |     c. Any motions in limine shall be filed by April 1, 2008, and any oppositions
4 | to said motions shall be filed by April 8, 2008.
5 | IT IS SO STIPULATED.

7 | DATED: February 8, 2008      /S/ Stacey P. Geis
8 |     STACEY P. GEIS
    Assistant U.S. Attorney

9 | DATED: February 8, 2008      /S/ Julia M. Jayne
10 |     JULIA M. JAYNE
    Counsel to Wassim Azizi

11 | IT IS SO ORDERED.

13 | DATED: February 11, 2008      _____
14 |     THE HONORABLE MAXINE M. CHESNEY
    United States District Judge