IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>   v.<br><br>WASSIM MOHAMMAD AZIZI,<br><br>        Defendant<br>                                                              / | No. CR 06-0548 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45** |

On May 20, 2008, defendant electronically filed a "Post-Trial Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(a)." Defendant has violated General Order 45, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G.

Defendant is hereby ORDERED to comply with General Order 45 by immediately submitting a chambers copy of the above-referenced document. Defendant is hereby advised that if he fails in the future to comply with the General Order to provide a chambers copy of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers

1  copy has not been timely provided to the Court.

2  **IT IS SO ORDERED.**

3

4  Dated: May 27, 2008

                                            MAXINE M. CHESNEY
5                                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28